**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | ) |
| | ) Chapter 11 |
| CHOXI.COM, Inc., | ) |
| | ) Case No. 16-13131-SCC |
| Debtor. | ) |
| | ) |
| TRACY L. KLESTADT, in his capacity as Plan Administrator of the estate of Choxi.com, Inc., | ) |
| | ) Adv. No. 18-01780-SCC |
| Plaintiff, | ) |
| -against- | ) **NOTICE OF DISMISSAL** |
| MILBERG FACTORS, INC. and CATHAY HOME, INC., | ) |
| Defendants. | ) |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (made applicable hereto by Federal Rule of Bankruptcy Procedure 7041), plaintiff Tracy L. Klestadt, in his capacity as Plan Administrator of the estate of Choxi.com, Inc. hereby dismisses the above-captioned adversary proceeding with prejudice and without costs.

                                                                                      Tracy L. Klestadt, in his capacity as Plan Administrator of the estate of Choxi.com, Inc.

Dated: January 28, 2019            /s/ Allen J. Guon

                                              Allen J. Guon (625529)
                                              Fox Rothschild LLP
                                              321 N. Clark St., Suite 800
                                              (312) 541-0151
                                              aguon@foxrothschild.com

                                              *Counsel for Plaintiff*

ACTIVE\84610166.v1-1/28/19